# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: August 09, 2023
Docket #: 23-609cv
Short Title: Patel v. Incorporated Village of Old Brookville

DC Docket #: 17-cv-2455
DC Court: EDNY (CENTRAL ISLIP)DC Docket #: 17-cv-2455
DC Court: EDNY (CENTRAL ISLIP)
DC Judge: Locke

# NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.